

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2013

No. 04-13-00454-CV and 04-13-00455-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.S.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013MH1871 and 2013MH1959
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

    Appellant's first motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before September 16, 2013. Because these are accelerated appeals, NO FURTHER EXTENSIONS WILL BE GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court